UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CRAIG HENDRY and TYLER PIERCE,<br>    Plaintiffs, | ) ) ) | |
| v. | ) ) | CAUSE NO.: 2:24-CV-15-PPS-JEM |
| LAKE COUNTY, INDIANA, *et al.*,<br>    Defendants. | ) ) | |

**ORDER**

This matter is before the Court on a Report of Parties' Planning Meeting [DE 19], filed by the parties on March 27, 2024. The parties submitted a proposed discovery schedule, and pursuant to Federal Rule of Civil Procedure 16(b) the Court must issue a scheduling order. Upon review of the report, the Court hereby **ORDERS**:

(1) Rule 26(a)(1) initial exchanges to exchanged, but not filed by **May 17, 2024**.

(2) The Plaintiffs' deadline to seek leave to amend the pleadings is **May 10, 2024**;

(3) The Defendants' deadline to seek leave to amend the pleadings is **July 12, 2024**;

(4) The deadline to complete all fact discovery is **March 28, 2025**;

(5) Plaintiffs' deadline for expert witness disclosures and reports to Defendants is **December 6, 2024**;

(6) Defendants' deadline for expert witness disclosures and reports to Plaintiffs is **February 11, 2025**;

(7) The Rule 26(e) supplement deadline is **March 28, 2025**;

(8) The deadline to complete all expert discovery is **June 27, 2025**;

(9) All other dates and deadlines in the parties' planning report through the close of

1

discovery are approved and adopted herein;

(10) The summary judgment deadline per Federal Rule of Procedure 56 shall not apply, and deadlines for dispositive motions and trial-related deadlines will be set by the presiding judge at a later date;

(11) The parties are ordered to conduct mediation and the Court accepts the selection of Galen Bradley as mediator; mediation must be completed and a report filed by **June 27, 2025**; and

(12) The deadline to return the Consent to or Declination of Exercise of Jurisdiction by Magistrate Judge is extended to **April 22, 2024**.

Since the scheduling order has now issued, the Court **VACATES** the Preliminary Pretrial Conference currently scheduled for April 4, 2024.

The parties are reminded of the requirements of Federal Rule of Civil Procedure 11 and the Lawyers' Duties to the Court as laid out in Northern District of Indiana Local Rules Appendix B, specifically the agreement not to "misrepresent, mischaracterize, misquote, or miscite facts or authorities in any oral or written communication to the court" and that a submission with the Court is a certification that "the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument." Fed. R. Civ. P. 11(b)(2).

SO ORDERED this 1st day of April, 2024.

                                        s/ John E. Martin
                                        MAGISTRATE JUDGE JOHN E. MARTIN
                                        UNITED STATES DISTRICT COURT

cc:   All counsel of record