## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

CRAIG HENDRY and TYLER PIERCE,      Case No. 2:24-cv-00015-PPS-JEM

       Plaintiffs,

   v.

LAKE COUNTY, INDIANA, OSCAR
MARTINEZ, Sheriff of Lake County, and
JOSEPH KRAUS,

       Defendants.

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in

this case as counsel for Defendant Lake County, Indiana.

FROST BROWN TODD LLP

By: */s/ Barry F. McGinley*
    Barry F. McGinley, #36893-49
    111 Monument Circle, Suite 4500
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    Telephone:   (317) 237-3800
    Facsimile:   (317) 237-3900
    Email:        bmcginley@fbtlaw.com

*Attorneys for Lake County, Indiana*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2024, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Barry F. McGinley
Barry F. McGinley

LR13013.0782486  4863-4864-9406v1