Craig Hendry, et al.

VS

Lake County, Indiana, et al.

-FILED-
MAY 12 2025
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2:24-cv-15

## Notice of Plaintiff's Mailing Address

Plaintiff Craig Hendry is currently incarcerated at The Vermillion County Sheriff's Department, in Indiana. His current Mailing address is P.O. box 130 Newport, IN 47966. The Plaintiff can only be contacted via The USPS and will update The Court of any address change in a timely manner.

Respectfully Submitted

Craig Hendry