# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| CRAIG HENDRY and | ) | |
| TYLER PIERCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | CASE NO:  2:24-cv-15 |
| | ) | |
| LAKE COUNTY, INDIANA, | ) | |
| OSCAR MARTINEZ, Sheriff of | ) | |
| Lake County, and JOSEPH KRAUS, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW David S. Gladish of Gladish Law Group and hereby makes a Motion to Withdraw as counsel of record for Plaintiff Craig Hendry.   In support of said Motion counsel states as follows:

1.     David S. Gladish of Gladish Law Group filed a Complaint on behalf of Plaintiff Craig Hendry on January 8, 2024.

2.     Plaintiff Hendry was mailed a ten (10) day written notice of intent to withdraw pursuant to Local Rule 45-TR3 Rule 5(E), a copy of which is attached hereto as Exhibit A.

3.     Craig Hendry's last known address was 220 E Gallagher Street, P.O. Box 146, Farmersburg, Indiana 47850, telephone number is (812) 699-3511, with an email address of Craighendry15@gmail.com.  Plaintiff Hendry is currently housed at the Vermillion County Jail, P.O. Box 130, New Port, Indiana 47988.

4.     Due to a breakdown in communications, it is felt in the best interest of both parties that our attorney-client agreement is terminated.

5.      This Motion is made pursuant to and consistent with Rule 1.16(b)(7) of the Indiana Rules of Professional Conduct and Local Rule 45-TR3 Rule 5(E).

6.      Plaintiff Craig Hendry on May 12, 2025, has filed a Motion to Proceed Pro Se with the Court, a copy of which is attached hereto as Exhibit B.

We affirm, under the penalties for perjury, that the foregoing representations are true.


_/s/ David S. Gladish_____
David S. Gladish
Attorney No. 18653-45
GLADISH LAW GROUP
Highland, IN 46322
Ph: (219) 838-1900
Fax: (219)838-1909
david@davidgladish.com

## <u>CERTIFICATE OF SERVICE</u>

I also certify that on the 14th day of May, 2025, the foregoing document was served upon the following persons.

<table>
<tr><td>

Anthony W. Overholt (#16481-49)
Barry F. McGinley (#36893-49)
Blaize Hiatt (#38889-47)
Frost Brown Todd, LLC
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244
Phone: (317) 237-3800
Fax: (317) 237-3900
aoverholt@fbtlaw.com
bmcginley@fbtlaw.com
bhiatt@fbtlaw.com
*Attorney for Defendant Lake County, Indiana*

</td><td>

John M. Kopack (#5302-45)
Kopack & Associates
9111 Broadway, Suite GG
Merrillville, IN 46410
Phone: 219-738-2978
Fax: 219-738-2818
john@kopack-law.com
*Attorney for Defendant*
*Sheriff Oscar Martinez*

</td></tr>
</table>

Casey J. McCloskey (#18766-45)
Attorney at Law
9111 Broadway, Suite GG
Merrillville, IN 46410
Phone: 219-738-2978
Cell: 219-313-4548
Fax: 219-979-6714
attymccloskey@hotmail.com
*Attorney for Officer Joseph Kraus*

*/s/ David S. Gladish*
David S. Gladish (# 18653-45)
Gladish Law Group
3235 – 45th Street
Highland, IN 46322
(219) 838-1900
david@davidgladish.com