

## LAW

*A Board Certified Civil Trial Specialist since 2002 by the National Board of Trial Advocacy*

Gladish Law Group
3235 45th Street
Highland, IN 46322 (Main Office)

603 N. Main Street
Crown Point, IN 46307

Toll Free: (833) 838-1900
Phone: (219) 838-1900
Fax: (219) 838-1909
Emails: David@DavidGladish.com
Doug@DavidGladish.com
Mark@DavidGladish.com

April 15, 2025

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**& FIRST-CLASS MAIL**
Craig Hendry
c/o Vermillion County Jail
P.O. Box 130
Newport, IN 47966

Re:   Craig Hendry and Tyler Pierce v. Lake County, Indiana, Oscar Martinez, Sheriff of Lake County, and Joseph Kraus
Case No.: 2:24-cv-15
DOI: June 27, 2022

Dear Mr. Hendry:

I am writing pursuant to the above matter. Based upon our phone conversation of April 7, 2025, and the differences we have ~~[redacted]~~ I feel it is best that Gladish Law Group withdraw from your case. You are free to retain new counsel to represent you relating to this claim. My office will be filing a Motion to Withdraw within the next ten (10) days. It will be your responsibility to find another attorney to represent you in connection with your claim. If you fail to get a new attorney, your claim will eventually be dismissed by the Court. I am also waiving my costs and attorney fees to make it easier to find a new attorney. Please note your case has a Telephonic Status Conference scheduled for May 8, 2025, at 9:30 a.m.

Very truly yours,

GLADISH LAW GROUP

Mark J. Schocke
*Attorney at Law*

MJS/jm

Attorneys: David S. Gladish, J.D.* + • Douglas K. Walker, J.D.+, C.P.A. • Mark J. Schocke, J.D. +
+Also admitted in Illinois • Se Habla Español
www.DGladishLaw.com


EXHIBIT A