Craig Hendry, et al.

-FILED-
MAY 12 2025
Chanda J. Boria, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

vs.                                         2:24-cv-15

Lake County, Indiana, et al

## Motion To Proceed Pro Se

Comes now Plaintiff Craig Hendry and respectfully requests The Court allow him to represent himself in this cause.

Respectfully submitted

Craig Hendry

EXHIBIT B

Craig Hendry
P.O. Box 130
Newport, IN
47966

MAIL FROM AN INMATE
AT THE
VERMILLION COUNTY JAIL

U.S. District Clerk N.D.
5400 Federal Plaza Suite 2300
Hammond, IN 47320

46320-184775