# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| CRAIG HENDRY and TYLER PIERCE, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>LAKE COUNTY, INDIANA, )<br>OSCAR MARTINEZ, Sheriff of )<br>Lake County, and JOSEPH KRAUS, )<br>)<br>Defendants. ) | CASE NO: 2:24-cv-15 |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW Mark J. Schocke of Gladish Law Group and hereby makes a Motion to Withdraw as counsel of record for Plaintiff Craig Hendry. In support of said Motion counsel states as follows:

1. Mark J. Schocke of Gladish Law Group filed a Complaint on behalf of Plaintiff Craig Hendry on January 8, 2024.

2. Plaintiff Hendry was mailed a ten (10) day written notice of intent to withdraw pursuant to Local Rule 45-TR3 Rule 5(E), a copy of which is attached hereto as Exhibit A.

3. Craig Hendry's last known address was 220 E Gallagher Street, P.O. Box 146, Farmersburg, Indiana 47850, telephone number is (812) 699-3511, with an email address of Craighendry15@gmail.com. Plaintiff Hendry is currently housed at the Vermillion County Jail, P.O. Box 130, New Port, Indiana 47988.

4. Due to a breakdown in communications, it is felt in the best interest of both parties that our attorney-client agreement is terminated.

1

5. This Motion is made pursuant to and consistent with Rule 1.16(b)(7) of the Indiana Rules of Professional Conduct and Local Rule 45-TR3 Rule 5(E).

6. Plaintiff Craig Hendry on May 12, 2025, has filed a Motion to Proceed Pro Se with the Court, a copy of which is attached hereto as Exhibit B.

We affirm, under the penalties for perjury, that the foregoing representations are true.

*/s/ Mark J. Schocke*
Mark J. Schocke
Attorney No. 29746-45
GLADISH LAW GROUP
Highland, IN 46322
Ph: (219) 838-1900
Fax: (219)838-1909
mark@davidgladish.com

**CERTIFICATE OF SERVICE**

    I also certify that on the 14th day of May, 2025, the foregoing document was served upon the following persons.

| | |
|---|---|
| Anthony W. Overholt (#16481-49) | John M. Kopack (#5302-45) |
| Barry F. McGinley (#36893-49) | Kopack & Associates |
| Blaize Hiatt (#38889-47) | 9111 Broadway, Suite GG |
| Frost Brown Todd, LLC | Merrillville, IN 46410 |
| 111 Monument Circle, Suite 4500 | Phone: 219-738-2978 |
| P.O. Box 44961 | Fax: 219-738-2818 |
| Indianapolis, IN 46244 | john@kopack-law.com |
| Phone: (317) 237-3800 | *Attorney for Defendant* |
| Fax: (317) 237-3900 | *Sheriff Oscar Martinez* |
| aoverholt@fbtlaw.com | |
| bmcginley@fbtlaw.com | |
| bhiatt@fbtlaw.com | |
| *Attorney for Defendant Lake County, Indiana* | |

Casey J. McCloskey (#18766-45)
Attorney at Law
9111 Broadway, Suite GG
Merrillville, IN 46410
Phone: 219-738-2978
Cell: 219-313-4548
Fax: 219-979-6714
attymccloskey@hotmail.com
*Attorney for Officer Joseph Kraus*

    */s/ Mark J. Schocke*
Mark J. Schocke
Attorney No. 29746-45
Gladish Law Group
3235 – 45th Street
Highland, IN 46322
(219) 838-1900
mark@davidgladish.com