Craig Hendry, et al

-FILED-

MAY 12 2025

At
Chanda J. Bette, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

vs.                                                2:24-cv-15

Lake County, Indiana, et al

## Motion To Proceed Pro Se

Comes now Plaintiff Craig Hendry and respectfully
requests The Court allow him to represent himself in
this cause.


Respectfully submitted

Craig Hendry

EXHIBIT
B

Craig Hendry
P.O. Box 130
Newport, IN
47966

8 MAY 2025 PM 6 L

INDIANAPOLIS IN 461

U.S. District Clerk N.D.
5400 Federal Plaza Suite 2300
Hammond, IN 47320

46320-184775

**MAIL FROM AN INMATE
AT THE
VERMILLION COUNTY JAIL**

★ USA ★ FOREVER ★