IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CRAIG HENDRY and TYLER PIERCE, | Case No. 2:24-cv-00015-PPS-JEM |
| Plaintiffs, | |
| v. | |
| LAKE COUNTY, INDIANA, OSCAR MARTINEZ, Sheriff of Lake County, and JOSEPH KRAUS, | |
| Defendants. | |

**JOINT NOTICE**

Defendants Lake County, Indiana ("Lake County"), Oscar Martinez, Sheriff of Lake County, and Joseph Kraus, and Plaintiff Tyler Pierce (collectively the "Parties"), through their undersigned counsel, respectfully submit this Joint Notice regarding Plaintiff Craig Hendry's location, in accordance with the Court's June 11, 2025, Entry. (Dkt. 36). In support of this Notice, the Parties state the following:

1. Craig Hendry ("Hendry") is currently incarcerated at the Greene County Jail located at 204 County Road 70 E, Bloomfield, IN 47424. Greene County Jail Phone Number: (812) 384-4411.

2. The undersigned counsel for Lake County contacted the Greene County Sheriff's Office on June 11, 2025, via telephone, to confirm that Hendry is currently housed at the Greene County Jail.

3. The Greene County Sheriff's Office representative indicated to counsel for Lake County that Hendry would continue to be housed at the Greene County Jail until June 30, 2025.

4. The Greene County Sheriff's Office representative further indicated that on June 30 ,2025, Hendry *may* be transported to the Sullivan County Jail for his pending arrest warrant under Case No. 77C01-2410-F6-000571.

                                      Respectfully submitted,

                                      FROST BROWN TODD LLP

                                      By: */s/Barry F. McGinley*
                                              Anthony W. Overholt, #16481-49
                                              Barry F. McGinley, #36893-49
                                              Blaize Hiatt, #38889-47

                                      *Attorneys for Lake County, Indiana*

| | |
|---|---|
| */s/ Davis S. Gladish (with permission)* | */s/ John M. Kopack (with permission)* |
| David S. Gladish, #18653-45 | John M. Kopack, #5302-45 |
| Mark J. Schocke, #29746-45 | 9111 Broadway, Suite GG |
| GLADISH LAW GROUP | Merrillville, IN 46410 |
| 3235 45th Street | john@kopack-law.com |
| Highland, IN 46322 | |
| david@davidgladish.com | *Attorney for Sheriff Oscar Martinez* |
| mark@davidgladish.com | |

*Attorneys for Plaintiffs*

*/s/ Casey J. McCloskey (with permission)*
Casey J. McCloskey, #18766-45
9111 Broadway, Suite GG
Merrillville, IN 46410
attymccloskey@hotmail.com

*Attorney for Joseph Kraus*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy was electronically filed on this 12th day of June, 2025. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Barry F. McGinley*
Barry F. McGinley

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
bmcginley@fbtlaw.com
bhiatt@fbtlaw.com

LR13013.0782486  4937-1857-5949v1

3