IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CRAIG HENDRY and TYLER PIERCE, | Case No. 2:24-cv-00015-PPS-JEM |
| Plaintiffs, | |
| v. | |
| LAKE COUNTY, INDIANA, OSCAR MARTINEZ, Sheriff of Lake County, and JOSEPH KRAUS, | |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiff Tyler Pierce ("Pierce") and Defendants Lake County, Indiana ("Lake County"), Oscar Martinez, Sheriff of Lake County ("Sheriff Martinez"), and Joseph Kraus ("Kraus") (collectively "Parties"), through their undersigned counsel, respectfully submit this Joint Status Report in accordance with the Court's May 8, 2025, Order (Dkt. 28).

**A. Status of settlement negotiations, mediation, or other alternative process.**

On May 1, 2025, Pierce made an initial settlement demand to Defendants as to his claims. Defendants have not yet responded to Pierce's initial demand. Defendants will provide a formal response to the demand as discovery progresses. As for Craig Hendry, no settlement demand has been provided to Defendants.

B.  **Status of Discovery**

1.  **Completed Discovery to Date**

The Parties have exchanged Initial Disclosures.

On January 22, 2025, the Sheriff served interrogatories and requests for production on both Plaintiffs. On May 16, 2025, the Sheriff received Pierce's responses, but did not receive responses for Craig Hendry. As this Court knows, Craig Hendry is now proceeding pro se. The Sheriff will re-serve his discovery requests on Hendry.

On July 22, 2024, both Plaintiffs served discovery requests on Lake County and Lake County served responses on May 8, 2025. On March 6, 2025, Plaintiffs served discovery requests on the Sheriff and the Sheriff served his responses on May 7, 2025.

2.  **Anticipated Discovery Remaining.**

a.  <u>Defendants.</u>  Once Defendants complete their review Plaintiffs' written discovery responses and document production, they will determine what additional written discovery is needed. Depositions of both Plaintiffs will be scheduled once written discovery is complete. However, Plaintiff Craig Hendry is proceeding pro se and is currently incarcerated. He has multiple warrants in different counties, and appears to be moving facilities frequently. Hendry's current housing address will need to be confirmed in order to schedule his deposition.

b. <u>Pierce</u>. Plaintiff Pierce intends to take the video deposition of Joseph Kraus and depending on his answers, Plaintiff Pierce may also take the deposition of the sheriff and training officer(s).

Respectfully submitted,

FROST BROWN TODD LLP

By: / s /Barry F. McGinley
Anthony W. Overholt, #16481-49
Barry F. McGinley, #36893-49
Blaize Hiatt, #38889-47

*Attorneys for Lake County, Indiana*

<table>
<tr><td>

*/s/ Mark J. Schocke (with permission)*
David S. Gladish, #18653-45
Mark J. Schocke, #29746-45
GLADISH LAW GROUP
3235 45th Street
Highland, IN 46322
david@davidgladish.com
mark@davidgladish.com

*Attorneys for Tyler Pierce*

*/s/ Casey J. McCloskey (with permission)*
Casey J. McCloskey, #18766-45
9111 Broadway, Suite GG
Merrillville, IN 46410
attymccloskey@hotmail.com

*Attorney for Joseph Kraus*

</td><td>

*/s/ John M. Kopack (with permission)*
John M. Kopack, #5302-45
9111 Broadway, Suite GG
Merrillville, IN 46410
john@kopack-law.com

*Attorney for Sheriff Oscar Martinez*

</td></tr>
</table>

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this Joint Status Report was electronically filed on this 1st day of July, 2025. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing was mailed via USPS to pro se plaintiff at the below address:

Craig Hendry
204 County Road 70 E
Bloomfield, IN 47424

                                                */s/ Barry F. McGinley*
                                                Barry F. McGinley

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
bmcginley@fbtlaw.com
bhiatt@fbtlaw.com

LR13013.0782486   4932-3371-3490v3