UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CRIAG HENDRY and TYLER PIERCE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:24-cv-15-PPS-AZ |
| LAKE COUNTY, et al, | ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court following a status conference on July 8, 2025. DE 39. The parties filed a status report on July 1, 2025, which indicated that the deposition of pro se plaintiff Craig Hendry is outstanding. DE 38. This, along with other minor discovery needs, necessitate an extension of discovery deadlines.

Prior to this conference, the Court had ordered Hendry's previous counsel to file a notice of Hendry's current place of incarceration. DE 36. The filed notice stated Hendry was incarcerated in the Greene County Sheriff's Office, but would possibly be transferred to Sullivan County Jail on or about June 30, 2025, for a separate case. DE 37. Chambers staff reached out to both jails and learned that Hendry was transferred to Sullivan County Jail, and then was transferred back to Greene County Sherriff's Office and subsequently was released from custody. Neither the attorneys nor the Court knows his current address.

The last address provided by Hendry's then-counsel was Greene County Jail, 204 County Road 70 E, Bloomfield, IN 47424. "The demand that plaintiffs provide

contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation omitted). "[L]itigants, including prisoners, bear the burden of filing notice of a change of address." *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) (quotation mark omitted). Therefore, if Hendry fails to appear at the next scheduled hearing, he will be ordered to show cause why this case should not be dismissed as abandoned.

This Order will be sent to Hendry's last known address. The Court acknowledges if he is not at the address on the docket, this order is unlikely to reach him. However, it is possible he will attempt to determine the status of this case by visiting the clerk's office (if he has been released from custody) or by checking the online docket, in which case this order would alert him that he needs to take action before the harsh sanction of dismissal is imposed. In addition, if this order is returned to the clerk as undeliverable, that will serve as further confirmation he did not provide his current address. Thus, the Court believes this order is appropriate notwithstanding the likelihood that it will not reach him.

Accordingly, in light of these issues and the requested extension, the Court hereby **ORDERS** as follows:

1) The parties shall file with the Court by **August 8, 2025**, a notice identifying the dates that the remaining depositions have been scheduled. The parties shall reach out to the Court for assistance if they are unable to schedule the depositions by this deadline. The parties should also inform the Court if

they cannot complete these depositions by the discovery deadline.

2) The deadline to complete discovery is **EXTENDED** through **August 29, 2025**;

3) A Telephonic Status Conference is **SET** for **September 11, 2025**, at 9:30 A.M. (Central Time). To join the hearing, please call 833-568-8864; Meeting ID: 161 2255 6691; Push # to skip Participant ID; enter Passcode: 252788 when prompted. Plaintiff Craig Hendry is **ORDERED** to appear **in person** before Magistrate Judge Abizer Zanzi, 5400 Federal Plaza, Hammond, IN 46320.

4) Craig Hendry is **ORDERED** to file a notice with the Court by **August 11, 2025**, informing the Court of his current mailing address as well as an email address and telephone number for purposes of communicating with the defendants' counsel. Hendry is **CAUTIONED** that if he fails to provide this information, he may be subject to sanctions, which can include dismissal of the case.

5) The Court **DIRECTS** the Clerk of Court to mail by certified mail a copy of this order to Craig Hendry, Greene County Jail, 204 County Road 70 E, Bloomfield, IN 47424.

SO ORDERED this 14th day of July 2025.

/s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT