IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CRAIG HENDRY and TYLER PIERCE, | Case No. 2:24-cv-00015-PPS-JEM |
| Plaintiffs, | |
| v. | |
| LAKE COUNTY, INDIANA, OSCAR MARTINEZ, Sheriff of Lake County, and JOSEPH KRAUS, | |
| Defendants. | |

**JOINT NOTICE**

Defendants Lake County, Indiana, Oscar Martinez, Sheriff of Lake County, and Joseph Kraus, and Plaintiff Tyler Pierce (collectively the "Parties"), through their undersigned counsel, respectfully submit this Joint Notice regarding scheduled depositions, in accordance with the Court's July 14, 2025, Order. [Dkt. 40]. In support of this Notice, the Parties state the following:

1. This Court entered an Order requiring the parties to file a notice by August 8, 2025, notifying the Court of the dates the remaining depositions have been scheduled. [Dkt. 40].

2. The Order also noted that the parties should notify the Court if they cannot complete depositions by the discovery deadline of August 29, 2025. [Dkt. 40].

3. The parties are unable to schedule and complete the deposition of Pro se Plaintiff Craig Hendry because he has not updated the Court of his current contact information.

4. The parties have agreed upon dates to conduct the depositions of Tyler Pierce and Joseph Kraus, but unfortunately due to scheduling conflicts, those depositions are unable to take place before the August 29, 2025, discovery deadline.

5. The parties have agreed on October 22, 2025, and November 7, 2025, to conduct the depositions of Tyler Pierce and Jospeh Kraus.

6. Given this Notice, the parties wish to discuss an extension of the discovery deadline at the September 11, 2025 status conference.

                                        Respectfully submitted,

                                        FROST BROWN TODD LLP

                                        By:  */ s /Barry F. McGinley*
                                                Anthony W. Overholt, #16481-49
                                                Barry F. McGinley, #36893-49
                                                Blaize Hiatt, #38889-47

                                                *Attorneys for Lake County, Indiana*

| | |
|---|---|
| */s/ Davis S. Gladish (with permission)* | */s/ John M. Kopack (with permission)* |
| David S. Gladish, #18653-45 | John M. Kopack, #5302-45 |
| Mark J. Schocke, #29746-45 | 9111 Broadway, Suite GG |
| GLADISH LAW GROUP | Merrillville, IN 46410 |
| 3235 45th Street | john@kopack-law.com |
| Highland, IN 46322 | |
| david@davidgladish.com | *Attorney for Sheriff Oscar Martinez* |
| mark@davidgladish.com | |
| | |
| *Attorneys for Plaintiffs* | |

2

*/s/ Casey J. McCloskey (with permission)*
Casey J. McCloskey, #18766-45
9111 Broadway, Suite GG
Merrillville, IN 46410
attymccloskey@hotmail.com

*Attorney for Joseph Kraus*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy was electronically filed on this 8th day of August, 2025.  Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Barry F. McGinley*
Barry F. McGinley

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
bmcginley@fbtlaw.com
bhiatt@fbtlaw.com

LR13013.0782486   4903-2422-5883v1