UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CRIAG HENDRY and TYLER PIERCE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:24-cv-15-PPS-AZ |
| LAKE COUNTY, et al, | ) ) | |
| Defendants. | ) | |

**ORDER TO SHOW CAUSE**

This matter is before the Court following a status conference on September 11, 2025. DE 43. Prior to the hearing, I had issued an order for *pro se* plaintiff Craig Hendry to appear in person or update the Court with his current address. DE 40. Having failed to do either, the Court now orders Hendry to show cause as to why he should not be sanctioned for his failure to follow court orders or prosecute his case.

On May 12, 2025, Hendry sent a letter to the Court requesting that he represent himself. DE 29. Since he was represented at the time, this filing was stricken, though his attorneys filed motions to withdraw two days later. DE 30 and 31. The attorneys appeared before the Court on June 11, 2025, and explained the breakdown in communication with Hendry and the need to withdraw. DE 36. They also informed the Court that they could no longer locate or contact Henry. *Id.* He had previously been incarcerated in Vermillion County Jail, *see* DE 30, but was released or transferred. The attorneys agreed to make best efforts to locate Hendry and file a notice with the Court on his whereabouts. They indicated he was now incarcerated in

the Greene County Jail, but were told he may be transferred to the Sullivan County Jail. DE 37. By the time chambers staffed reached out to both jails to ascertain the correct address at which to send a forthcoming order, they learned that Hendry *was* transferred to Sullivan County, but was then transferred back to Greene County and subsequently was released from custody. DE 40.

I issued an order which was sent to Greene County, Hendry's last known address, in the hope that he may have left a forwarding address there, or that he could contact the Court for access to the docket. DE 40. He was ordered to appear or update his address with the Court or else have an order to show cause be issued against him. *Id.* The order also warned of the possibility of dismissal as a sanction. *Id.* When the parties appeared for the hearing on September 11, 2025, Hendry did not appear, nor were any of the attorneys able to determine his location. DE 43.

The last address provided by Hendry's then-counsel was Greene County Jail, 204 County Road 70 E, Bloomfield, IN 47424. "The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation omitted). "[L]itigants, including prisoners, bear the burden of filing notice of a change of address." *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) (quotation mark omitted).

This Order will be sent to Hendry's last known address and the address he previously indicated on the docket. The Court acknowledges if he is not at either address, this order is unlikely to reach him. However, it is possible he will attempt to

2

determine the status of this case by visiting the clerk's office (if he has been released from custody) or by checking the online docket, in which case this order would alert him that he needs to take action before the harsh sanction of dismissal is imposed. In addition, if this order is returned to the clerk as undeliverable, that will serve as further confirmation he did not provide his current address. Thus, the Court believes this order is appropriate notwithstanding the likelihood that it will not reach him.

Accordingly, the Court **SETS** a Show Cause hearing and **ORDERS** Plaintiff Craig Hendry to appear before this Court in person on **October 8, 2025, at 2:00 p.m. (Central Time)** to **SHOW CAUSE**, if any, why he should not be held in contempt of Court and sanctioned for his failure to appear or update his address. The Court **ADVISES** Plaintiff Hendry that he may contact the Court by email at [zanzi_chambers@innd.uscourts.gov](mailto:zanzi_chambers@innd.uscourts.gov) or by phone at 219-852-6700. All other parties may appear telephonically.

The Court **WARNS** Plaintiff Hendry that failure to appear at this Show Cause Hearing may result in sanctions, including the dismissal of this case.

The Court **DIRECTS** the Clerk of Court to mail by certified mail a copy of this order to Craig Hendry, Greene County Jail, 204 County Road 70 E, Bloomfield, IN 47424, **and** to Craig Hendry, P.O. Box 130, Newport, IN 47966.

**SO ORDERED** this 12th day of September 2025.

/s/ *Abizer Zanzi*
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT