IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CRAIG HENDRY and TYLER PIERCE, | Case No. 2:24-cv-00015-PPS-JEM |
| Plaintiffs, | |
| v. | |
| LAKE COUNTY, INDIANA, OSCAR MARTINEZ, Sheriff of Lake County, and JOSEPH KRAUS, | |
| Defendants. | |

### DEFENDANTS' NOTICE

Defendants Lake County, Indiana, and Oscar Martinez, Sheriff of Lake County, and Joseph Kraus, (collectively the "Defendants")[1], through their undersigned counsel, respectfully submit this Notice regarding scheduled depositions, in accordance with the Court's September 11, 2025, Order. [Dkt. 43]. In support of this Notice, the Defendants state the following:

1. This Court entered an Order requiring the parties to file a notice by September 19, 2025, notifying the Court of the dates the remaining depositions have been scheduled. [Dkt. 43].

2. The Defendants remain unable to schedule and complete the deposition of Pro se Plaintiff, Craig Hendry, because he has not updated the Court with his current contact information.

---

[1] Counsel for Plaintiff, Tyler Pierce, agreed to dates mentioned in this Notice, but did not confirm that his signature could be affixed to this Notice.

3. As previously disclosed to the Court, the parties agreed to conduct Tyler Pierce's deposition on October 22, 2025, and Jospeh Kraus' deposition on November 7, 2025. [Dkt. 42].

4. However, to conserve time and resources, the Defendants and Plaintiff Pierce have agreed to conduct both Tyler Pierce's and Joseph Kraus' depositions on November 7, 2025.

5. In addition, the Defendants and Plaintiff Pierce have agreed to conduct the deposition of the Lake County Sheriff Department 30(b)(6) witness(es) on November 7, 2025.

Respectfully submitted,

FROST BROWN TODD LLP

By: /s/ Barry F. McGinley
Anthony W. Overholt, #16481-49
Barry F. McGinley, #36893-49
Blaize Hiatt, #38889-47

*Attorneys for Lake County, Indiana*

/s/ Casey J. McCloskey (with permission)
Casey J. McCloskey, #18766-45
9111 Broadway, Suite GG
Merrillville, IN 46410
attymccloskey@hotmail.com

*Attorney for Joseph Kraus*

/s/ John M. Kopack (with permission)
John M. Kopack, #5302-45
9111 Broadway, Suite GG
Merrillville, IN 46410
john@kopack-law.com

*Attorney for Sheriff Oscar Martinez*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy was electronically filed on this 19th day of September, 2025. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Barry F. McGinley*
Barry F. McGinley

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
bmcginley@fbtlaw.com
bhiatt@fbtlaw.com

LR13013.0782486   4899-8382-1674v2