

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Craig Hendry
   Green County Jail
   204 County Road 70 E
   Bloomfield, IN 47424

   9590 9402 8776 3310 4562 53

2. Article Number (Transfer from service label)

   9589 0710 5270 0189 0977 13

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Allor
☒ Agent
☐ Addressee

B. Received by (Printed Name): S. Allor
C. Date of Delivery: 9-23-25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

SCREENED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...d Mail
☐ ...d Mail Restricted Delivery
  (500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt