31. The attUSDGsIN/ND case 2:24-cv-00015-PPS-AZ    document 47    filed 09/29/25    page 1 of 1
before the Court on June 11, 2025, and explained the

USDC IN/ND case 2:24-cv-00015-PPS-AZ    document 44    filed 09/12/25    page 1 of 3

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
1300 S. HARRISON STREET
FORT WAYNE, INDIANA 46802

OFFICIAL BUSINESS

CERTIFIED MAIL


INDIANAPOLIS IN 460
26 SEP 2025 AM 7 L

9589 0710 5270 0189 0977 13

$10.44
US POSTAGE IMI
FIRST-CLASS
063S0010313813
FROM 46802

RETURN TO SENDER
NOT INCARCERATED
AT THIS FACILITY

-FILED-
SEP 29 2025
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

SCREENE

Craig Hendry
Green County Jail
204 County Road 70 E
Bloomfield, IN 47424

-R-T-S-  47424-RFS-1N  *95 09/25/25
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



