USDC IN/ND case 2:24-cv-00015-PPS-AZ   document 49   filed 10/14/25   page 1 of 7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| CRIAG HENDRY and TYLER PIERCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-15-PPS-AZ |

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**204 SOUTH MAIN STREET**
**SOUTH BEND, INDIANA 46601-2194**
**OFFICIAL BUSINESS**

CERTIFIED MAIL

INDIANAPOLIS IN 460
25 OCT 2025 PM 4 L
US POSTAGE
$10.73
neopost
10/17/2025
FIRST-CLASS MAIL
IMI
ZIP 46601
041L11212187

9589 0710 5270 3109 2630 69

-FILED-
OCT 28 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-R-T-S-   47424-RFS-1N   *95 10/24/25

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RETURN TO SENDER
NOT INCARCERATED
AT THIS FACILITY

Craig Hendry
Greene County Jail
204 County Road 70 E
Bloomfield, IN 47424

4742488731 R007