USDC IN/ND case 2:24-cv-00015-PPS-AZ   document 49   filed 10/14/25   page 1 of 7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

CRIAG HENDRY and TYLER   )
PIERCE,   )
   )
   Plaintiffs,   )

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
204 SOUTH MAIN STREET
SOUTH BEND, INDIANA 46601-2194

OFFICIAL BUSINESS

-FILED-

OCT 28 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CERTIFIED MAIL



9589 0710 5270 3109 2630 52

-R-T-S-   47966-RFS-1N   *95 10/24/25
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

neopost
10/17/2025
US POSTAGE

FIRST-CLASS MAIL
IMI
$10.73⁰

ZIP 46601
041L11212187

1st NOTICE  10/22
2nd NOTICE  11/01
RETURNED  11/06

Craig Hendry
P.O. Box 130
Newport, IN 47966