**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CRAIG HENDRY
   Green County Jail
   204 County Road 70 E
   Bloomfield, IN 47424

   9590 9402 9359 5002 9126 76

2. Article Number (Transfer from service label)

   9589 0710 5270 3109 2630 69

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 10/23/25

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

   FILED
   OCT 27 2025
   At _____ M
   Chanda J. Berta, Clerk
   NORTHERN DISTRICT OF INDIANA

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



```
USPS TRACKING #
INDIANAPOLIS IN 460
24 OCT 2025 PM 7 L

9590 9402 9359 5002 9126 76
```

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
204 S MAIN STREET, RM 102
SOUTH BEND, IN 46601

2:24 cv 15