UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| CRAIG HENDRY and TYLER PIERCE,, *Plaintiffs*, v. LAKE COUNTY, INDIANA, OSCAR MARTINEZ, Sheriff of Lake County, and JOSEPH KRAUS, *Defendants*. | Case No.: 2:24-CV-15 District Judge: Philip P. Simon Magistrate Judge: John E. Martin |
|---|---|

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Tyler Pierce, and the Defendants, Lake County, Indiana, Sheriff Oscar Martinez, and Joseph Kraus, all by their respective counsel, stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to voluntarily dismiss all claims of Tyler Pierce by and against the Defendants Lake County, Indiana, Sheriff Oscar Martinez, and Joseph Kraus, with prejudice, with each party to bear their own costs, expenses, and attorney fees.

*/s/ David S. Gladish*
David S. Gladish, #18653-45
Mark J. Schocke, #29745-45
Law Office of David Gladish, P.C.
3235 45th Street
Highland, IN 46322
Ph: 219-838-1900
Email: david@davidgladish.com
*Attorneys for Tyler Pierce*

*/s/ Anthony W. Overholt*
Anthony W. Overholt, #16481-49
Frost Brown Todd, LLC
111 Monument Circle Ste 4500
PO Box 44961
Indianapolis, IN 46244
Ph: 317-237-3800
Email: aoverholt@fbtlaw.com
*Attorney for Lake County, Indiana*

*/s/ John M. Kopack*
John M. Kopack, 5302-45
Kopack & Associates
9111 Broadway, Suite GG
Merrillville, IN 46410
Ph: 219-738-2978
Email: john@kopack-law.com
*Attorney for Sheriff Oscar Martinez.*

*/s/ Casey J, McCloskey*
Casey J, McCloskey
Attorney at Law
9111 Broadway Ste GG
Merrillville, IN 46410
Ph: 219-738-2978
Email: attymccloskey@hotmail.com
*Attorney for Officer Kraus*

## CERTIFICATE OF SERVICE

      I hereby certify that on **December 8, 2025**, a true and accurate copy of the above pleading or document was served upon all counsel and parties of record via U.S. Mail, in envelopes properly addressed with sufficient first-class postage affixed, and/or by electronic facsimile, email or the court's electronic case filing (ECF) system.

                                                /s/  John M. Kopack  
                                                John M. Kopack, #5302-45