UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CRAIG HENDRY and TYLER PIERCE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 2:24-CV-15-PPS-AZ |
| ) | |
| LAKE COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Plaintiff Tyler Pierce and Defendants Lake County, Indiana, Sheriff Oscar Martinez, and Joseph Kraus have filed a Stipulation for Dismissal with Prejudice stipulating to the dismissal of this entire case. [DE 54].

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties' Stipulation for Dismissal with Prejudice [DE 54] is **GRANTED**. All claims asserted in this matter are **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs, expenses, and attorney's fees. With the dismissal of Mr. Pierce's claims, there are no remaining claims in this case as Plaintiff Craig Hendry was previously dismissed for a failure to prosecute this lawsuit. [*See* DE 52]. The Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED** on December 8, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT